### No. 11,581.

SAMUEL S. EARLE VS. THE CITY OF NEW ORLEANS ET ALS.

For the reasons given in Patterson & Ray vs. New Orleans, *ante*, p. 275, the decision of the lower court is reversed and annulled, at plaintiff's costs.

APPEAL from the Fourth City Court of New Orleans.
*Labatt, J.*

*Gurley & Mellen* for Plaintiff and Appellee.

*George W. Flynn* and *Thomas R. Rozier,* Assistant City Attorneys, and *E. A. O'Sullivan,* City Attorney, for Defendants and Appellants.

The opinion of the court was delivered by

MILLER, J. Plaintiff enjoined the collection of taxes assessed on machinery, claiming exemption on the same grounds as presented in the case of Patterson & Ray vs. New Orleans, just decided, *ante,* p. 275. The assessment in this case is on machinery only.

Rehearing refused.